UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  23-47 |
| v. | * | SECTION: "P" |
| DONDRE MORGAN a.k.a. "Dre" | * | |
| | * | |

\*    \*    \*

## FACTUAL BASIS

Should this matter have gone to trial, the Government would have proved through the introduction of reliable testimony and admissible tangible exhibits, including documentary evidence, the following to support the allegations charged by the Government in Count 3 of the Indictment now pending against the defendant, **DONDRE MORGAN ("MORGAN")**, charging him with Making False Statements to Federal Agents in violation of Title 18, United States Code, Section 1001(a)(2).

### Introduction

The Government would establish that the case against **MORGAN** developed as a result of a referral from the Pandemic Response Accountability Committee ("PRAC") on October 18, 2021, regarding possible fraudulent Paycheck Protection Program loans ("PPP"). Investigators determined there were at least 110 PPP sole proprietor loan applications in and around the Thibodeaux area and they all had the same invoice to Shelita White from the "Natural Hair Afro, LLC, Houma, LA 70360" and federal tax forms ("Schedule C") with the same business and amounts.

1



AUSA\
Defendant **D M**\
Defense Counsel **Am**

The investigation revealed that **MORGAN's** girlfriend, Sharnae Every ("Every"), created a fictitious business called "Natural Hair Afro, LLC, Houma, LA 70360" and used this fictitious business name on nearly all of the fraudulent PPP loan applications. Every charged $45.00 to $120.00 from the individuals she recruited to prepare and submit the fraudulent PPP application. Every primarily used Cash App to receive the initial payments. Every then charged $3,500.00 once the loans were funded. Every received these funds into her Current account, her Cash App account, or into **MORGAN's** Current account.

<u>Individual A's PPP Loan</u>

On March 15, 2021, Individual A, responded to a Facebook posting of Every's and, as a result, activated and established Current account ending xxxx. That same day, Every completed Individual A's PPP loan application and submitted it to the Blueacorn portal. The loan application contained a fraudulent invoice and Schedule C in the name of Individual A. As a result of opening the Current account, Current card ending xxxx was mailed via the USPS from Nashville, TN to Individual A at C*** Solar Trlr Park, Thibodaux, LA 70301.

On March 21, 2021, Blueacorn submitted Individual A's PPP loan application to the SBA's designated financial institution, Capital Plus, and, on March 23, 2021, Individual A's PPP loan application was approved. On March 23, 2021, Individual A activated Current card ending xxxx. On March 25, 2021, Individual A's PPP final loan documents were electronically signed via DocuSign. On April 1, 2021, Capital Plus deposited $20,832.00 into Individual A's Current account ending xxxx and then Individual A sent **MORGAN** $3,500.00 from the proceeds of the PPP loan.

2

AUSA
Defendant _DM_
Defense Counsel _AM_

<u>Individual B's PPP Loan</u>

On March 18, 2021, Individual B, responded to a Facebook posting of Every's and, as a result, activated and established Current account ending xxxx. That same day, Current mailed Individual B's Current card ending xxxx via the USPS from Nashville, TN to \*\*\* Mall Circle Apt. \*\*, Houma, LA 70364. The next day, Every submitted Individual B's PPP loan application to the Blueacorn portal containing a fraudulent invoice and Schedule C in the name of Individual B. Then on March 20, 2021, Blueacorn submitted Individual B's PPP loan application to the SBA's designated financial institution, Capital Plus. On March 23, 2021, Individual B's PPP loan application was approved by Capital Plus. On March 26, 2021, Individual B's final loan documents were electronically signed via DocuSign and, on April 2, 2021, Individual B activated her Current card ending xxxx.

On April 2, 2021, Capital Plus deposited $20,832.00 into Individual B's Current account ending xxxx as a result of the submission of the fraudulent PPP application. That same day, Individual B sent **MORGAN** $2,000.00 and sent Every $1,500.00 via Cash App from the proceeds of the fraudulent PPP loan.

<u>**MORGAN's** PPP Applications</u>

On March 12, 2021, **MORGAN** started a PPP application indicating he was a sole proprietorship for beautician services. The loan application contained a fraudulent invoice and Schedule C in the name of **MORGAN**.

On April 15, 2021, **MORGAN** submitted a second PPP application to the Blueacorn portal listing his sole proprietor business address as 9851 Meadowglen Lane, Houston, Texas. The loan application contained a fraudulent Schedule C in the name of **MORGAN**. On April 29, 2021, **MORGAN's** final loan documents were electronically signed via DocuSign and, on May 12, 2021,

3



AUSA _____
Defendant _____
Defense Counsel _____

**MORGAN** received $20,365.00 to his PayPal account. Approximately $8,000.00 of these funds were subsequently transferred to Every's PayPal account.

The loss attributable to **MORGAN** is $55,945.33.

### The False Statements

On April 7, 2022, special agents with the U.S. Department of Veterans Affairs, Office of Inspector General, Criminal Investigations Division ("VA OIG") interviewed **MORGAN** in the Houma area. **MORGAN** stated that he didn't own his own business or run a barbershop. **MORGAN** denied making over $100,000 running a business. **MORGAN** denied applying for a loan and denied receiving any loan money. **MORGAN** stated the last time he filed incomes taxes was in 2019. **MORGAN** denied knowing Every and denied living with her. **MORGAN** also denied knowing other members of Every's family including her mother Sherita and her sister Sharnice. When asked about the Chevy Silverado, **MORGAN** indicated it was his truck. **MORGAN** stated it was registered to his mother. **MORGAN** denied that his truck was registered to Every. **MORGAN** stated he did not have a bank account or debit card. **MORGAN** indicated that he had an account with Woodforest, which is a bank affiliated with Walmart, when he worked for Walmart. **MORGAN** also denied have a Current account or card. **MORGAN** denied knowledge of the individuals who deposited money into his Current account.

The Government would introduce the following additional evidence to prove that the statements made to the special agents with the VA OIG on April 7, 2022, were materially false. The Government would establish that Every obtained a Texas driver's license with the address 9851 Meadowglen Lane Apartment 116, Houston, TX 77042 on February 2, 2021. **MORGAN** was issued a Texas identification card on this same date at this same address. In addition, VA OIG agents interviewed relatives of Every who identified **MORGAN** as Every's former boyfriend and

4



AUSA _NEL_
Defendant _DM_
Defense Counsel _AM_

they would establish that Every lived with **MORGAN** in Houston, Texas. Furthermore, the Government would introduce evidence that the Chevy Silverado truck was in fact registered in Texas to Every and that **MORGAN's** mother lived in Louisiana. The Government would also establish that **MORGAN** helped Every with her PPP loan scam, had a Current account, and received his own PPP loan.

## Limited Nature of Factual Basis and Conclusion

This proffer of evidence is not intended to constitute a complete statement of all facts known by **MORGAN** and/or the Government. Rather, it is a minimum statement of facts intended to prove the necessary factual predicate for his guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the plea of guilty to the charged offense by **MORGAN**.

The above facts come from an investigation conducted by, and would be proven at trial by credible testimony from, *inter alia*, VA OIG Special Agents, the victims, other law enforcement officers, and computer forensic examiners from VA OIG, as well as from admissible tangible

5

AUSA
Defendant **D M**
Defense Counsel ᗅᵬᐢᐢ

evidence in the custody of VA OIG.  Lastly, the Government would establish that the VA is part

of the executive branch of the Government of the United States.

READ AND APPROVED:

_____  5/28/24
MARY KATHERINE KAUFMAN          (Date)
Assistant United States Attorney


_____  5/28/24
BRIAN M. KLEBBA                 (Date)
Assistant United States Attorney


_____  5/28/24
ANNALISA MIRON                  (Date)
Counsel for Defendant


_____  5/28/24
DONDRE MORGAN                   (Date)
Defendant

6